# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00178 Recorder: CS 06/30/2022 Date: 06/30/2022

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Christianna Howard Assistant U.S. Attorney: Amanda Elbogen by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| DENNIS FOX<br>CUSTODY-PRESENT BY VTC | MICHAEL CITRIN<br>DFPD BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
Jury Trial 8/23/2022 at 8:30 AM
Status Conference 7/18/2022 at 3:00 PM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: CH by TRB

cc: Statistics Clerk, PSALA USMLA